# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HADARI STALLWORTH, | Case No. 3:16-cv-00566-RCJ-WGC |
| Plaintiff, | ORDER |
| v. | |
| STOLK, *et al.*, | |
| Defendants. | |

Plaintiff seeks an extension of time to file his first amended complaint. (ECF No. 9). The Court grants the motion for an extension of time. Plaintiff shall file his first amended complaint on or before Friday, June 29, 2018. If Plaintiff fails to file a timely first amended complaint, the Court shall dismiss this case with prejudice. (*See* ECF No. 6 at 6).

For the foregoing reasons, it is ordered that the motion for an extension of time (ECF No. 9) is granted. Plaintiff shall file his first amended complaint on or before **Friday, June 29, 2018**.

It is further ordered that, if Plaintiff fails to file a timely first amended complaint, the Court shall dismiss this case with prejudice.

DATED: May 30, 2018.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE