# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HADARI STALLWORTH, | Case No.: 3:16-CV-00566-RCJ-WGC |
| Plaintiff, | |
| vs. | **ORDER** |
| STOLK, *et. al.,* | |
| Defendants. | |

On May 30, 2018, the Court entered Order (ECF No. 10) granting Plaintiff's motion for an extension of time to file his first amended complaint on or before Friday, June 29, 2018. It was further ordered that, if Plaintiff failed to file a timely first amended complaint, the Court shall dismiss this case with prejudice. Plaintiff has failed to show good cause why this action should not be dismissed with prejudice for failure to comply with Court Order (ECF No. 10). Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE for Plaintiff's failure to comply with the Court Order (ECF No. 10). The Clerk of the Court shall close the case.

DATED this 3rd day of July, 2018.

ROBERT C. JONES
District Judge